IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**LONNIE CALAWAY**                                                                              **PLAINTIFF**

v.                          **CASE NO. 2:13CV00140 BSM**

**DEERE & COMPANY et al.**                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed without prejudice and the parties will bear their own costs.

IT IS SO ORDERED this 17th day of October 2014.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE